FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MITCHELL J. RANES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YAKIMA COUNTY JAIL and YAKIMA COUNTY JAIL MEDICAL DEPT,<br><br>　　　　　　Defendant. | NO: 1:23-CV-3130-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

Plaintiff Mitchell J. Ranes filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on September 5, 2023, while he was incarcerated at the Yakima County Jail. ECF No. 1.  He sought leave to proceed *in forma pauperis*.  ECF No. 2.

Plaintiff subsequently notified the Court twice of his changes of address, initially to White Swan, Washington, and then to a treatment facility in Spokane Valley, Washington.  ECF Nos. 6 and 7.  On October 6, 2023, the Court instructed Plaintiff to file a new *in forma pauperis* application because the mechanism to collect the filing fee in incremental payments under the Prison Litigation Reform

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE -- 1

Act, 28 U.S.C. § 1915(b), was no longer available as Plaintiff was no longer incarcerated. *See* ECF No. 8. Plaintiff did not comply with that Order.

The Court explicitly warned Plaintiff that if he did not file a new application to proceed *in forma pauperis* as required by 28 U.S.C. § 1915(a)(1), or pay the full $402.00 fee ($350.00 filing fee + $52.00 administrative fee), his case would be dismissed for failure to prosecute. ECF No. 8 at 2. Plaintiff did not comply with the Court's directives, and he has filed nothing further in this case.

Accordingly, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file. The District Court Clerk shall also terminate any pending deadlines in this action.

**DATED** November 8, 2023.

                                  *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Senior United States District Judge